FILED

# United States District Court

SEP 3 0 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____ **MIDDLE** _____ DISTRICT OF _____ **ALABAMA** _____

| | |
|---|---|
| **In the matter of the Search of**<br>(Name, address or brief description of person, property or premises<br>to be searched)<br><br>**111 Sheila Drive, Apartment G-49, Carriage House Apartments, Dothan, Alabama 36301** | **ANTICIPATORY APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**<br><br>CASE NUMBER: *1:05 mj 117-C* |

I _____ Tab Clardy _____ being duly sworn depose and say:

I am a(n) Special Agent, Federal Bureau of Investigation and have reason to

believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**111 Sheila Drive, Apartment G-49, Carriage House Apartments, Dothan, Alabama 36301,**

in the _____ Middle _____ District of _____ Alabama _____

there is now concealed a certain person or property, namely (describe the person or property to be seized):
**a laptop computer - make, model and serial number unknown,**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**contraband or property that constitutes evidence of the commission of a criminal offense,**

concerning a violation of Title _____ 18 _____ United States Code, Section(s) _____ 2251 _____

The facts to support the issuance of a Search Warrant are as follows:

### See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

SEPTEMBER 29, 2005 _____ at _____ Montgomery, Alabama _____
Date                                                    City and State

CHARLES S. COODY, U.S. Magistrate Judge _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

State of Alabama
County of Houston
Middle District of Alabama

## AFFIDAVIT FOR ANTICIPATORY SEARCH WARRANT

I, Tab J. Clardy, a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, having been duly sworn, state:

1. I am a Special Agent with the FBI and have been so employed for the past 2 ½ years. Prior to my employment with the FBI, I was employed with the Greenville County Sheriff's Office, South Carolina, for 4 years, and the Greenville City Police Department, South Carolina, for 8 ½ years. As a Special Agent with the FBI, I have investigated numerous cases involving Child Pornography and Child Exploitation matters;

2. This affidavit is being made in support of an Anticipatory Search Warrant for the residence and vehicle of Robert Floyd Brown, Jr., who resides at 111 Sheila Drive, Apartment G-49, Carriage House Apartments, Dothan, Alabama, 36301 and drives a 1998 Pontiac Firebird, green in color, license plate number 38F562G. The information contained in this affidavit is based upon my own investigation and experience, as well as information provided by other law enforcement officials, including Task Force Officer (TFO) Angie Wilson of the Kansas City Division FBI, who is assigned to the investigation of child pornography offenses.

4. On September 22, 2005, SA Tab J. Clardy and SA Steven L. Zeringue upon returning non- evidentiary items to the suspect, Robert Floyd Brown, Jr., at his residence, SA Clardy learned that the suspect had obtained a laptop computer from Rent-A-Center. Brown explained his usage of the computer pertained to job applications and possible employment opportunities. Brown advised SA Clardy that he has received emails from people he previously communicated with in "chat rooms". Although Brown denies answering any of the emails, based upon my experience and the experience of other officers who have worked child pornography cases in the

past, individuals who participate in child pornography routinely maintain contact with the minors and other persons who engage in the same conduct. In this case, Brown stated that he had received emails from Unknown #1, who described sexually explicit acts to Brown.

5. Your affiant anticipates receiving an arrest warrant for Brown on September, 29, 2005, to be executed on the same day. Based upon Brown's admission that he is in possession of another computer and that he has received communication of a sexual nature from other victims utilizing the newly rented, portable laptop computer, your affiant respectfully requests that an anticipatory warrant be issued authorizing the Federal Bureau of Investigation, pursuant to Title 18, United States Code, Section 3105, with appropriate assistance from other law enforcement officers, to enter the said described premises once the anticipated arrest warrant is executed, and therein search for and seize the items as set forth above .

TAB F. CLARDY
SA Federal Bureau of Investigation


Sworn to and Subscribed before me this 29th day of September, 2005.


CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF ALABAMA