AO 93 (Rev. 5/85) Search Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/29/2005 | 9/29/2005 @ 1:46 PM | ROBERT FLOYD BROWN, JR. |

INVENTORY MADE IN PRESENCE OF

SA STEVEN L. ZERINGUE, FBI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) IBM THINKPAD LAPTOP COMPUTER SER# 99VDVC3

(1) BLACK CARRYING CASE

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_signature_

Subscribed, sworn to, and returned before me this date.

_signature_   Sept 30, 2005

U.S. Judge or Magistrate Judge    Date